## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| DAZHONG ZHUANG and M H MALUEG TRUCKING CO LLC, | ) ) ) | |
| | ) | |
| Defendants, | ) | |

### NOTICE OF REMOVAL

NOW COMES Defendant, M H MALUEG TRUCKING CO LLC ("M H MALUEG"), by its attorneys, ORLEANS CANTY NOVY, LLC, pursuant to Title 28 U.S.C. §§ 1332, 1441 and 1446, hereby file its Notice of Removal of the cause entitled *SHAWN HARVEY v. DAZHONG ZHUANG and M H MALUEG TRUCKING CO LLC,* filed in the Circuit Court of Cook County, County Department, Law Division, Illinois, under case number 21 L 8018. As their grounds for removal, Defendant states as follows:

1.  That Plaintiff, SHAWN HARVEY, ("Plaintiff") commenced an action against the above-referenced Defendants on or about August 9, 2021 by filing Plaintiff's Complaint in the Circuit Court of Cook County, County Department, Law Division, Illinois, under case number 21 L 8018. (See Summons and Plaintiff's Complaint attached hereto and made a part of this Notice as Exhibit A).

2.  DAZHONG ZHUANG is deceased.

3.  M H MALUEG was served with, and received notice of, Summons and Complaint on or around September 1, 2021.

1

4. On September 29, 2021, Defendant, M H MALUEG filed its Appearance, Jury Demand, and Answer in the Circuit Court of Cook County, Illinois. (See Appearance, Jury Demand, and Answer of M H MALUEG attached hereto and made a part of this Notice as Exhibit B).

5. 28 U.S.C. § 1332 provides that:

    (a) The District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between

        (1) citizens of different states;

        (2) citizens of a State and citizens or subjects of a foreign state . . .

6. Accordingly, this action is removable under 28 U.S.C. §1441, which provides:

    (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

7. Pursuant to 28 U.S.C. § 1446 this Notice of Removal is being brought within 30 days of Notice of the Lawsuit.

8. Upon information and belief, Plaintiff resides at 4182 Rutledge Street, Gary, Indiana, 46408. Upon information and belief, Plaintiff resided at that address on the date of the occurrence and still resides at that address.

9. As such, Plaintiff is a citizen of the State of Indiana and was a citizen of the State of Indiana at the time of the alleged incident.

10. At the time of the alleged incident M H MALUEG was a Limited Liability Company incorporated in the State of Wisconsin licensed to do business in Illinois. (See

Wisconsin Secretary of State listing attached hereto and made a part of this Notice as Exhibit C). M H MALUEG was a transportation company in the business of delivering cargo by tractor-trailer in the United States of America.

11. M H MALUEG's members were citizens of the State of Wisconsin. Specifically, M H MALUEG had two members. Both members are citizens of the State of Wisconsin. The members of the M H MALUEG are as follows:

(1) Member – Milton H. Malueg, 6 N4399 County Road G, Leopolis, WI 54948-9756 (See Affidavit of Milton H. Malueg, attached hereto as Exhibit D); and

(2) Member – Dodi Malueg, 6 N4399 County Road G, Leopolis, WI 54948-9756. (See Affidavit of Dodi Malueg, attached hereto as Exhibit E).

12. Therefore, M H MALUEG is a citizen of the State of Wisconsin.

13. Upon information and belief, on the date of the incident, Defendant, DAZHONG ZHUANG, was domiciled in Wisconsin.

14. Thus, Defendant DAZHONG ZHUANG is a citizen of the State of Wisconsin at the time of the incident.

15. Consequently, diversity of citizenship exists between Plaintiff and Defendants.

16. The State Court action is an action for civil damages by Plaintiff for personal injuries. Plaintiff does not specify a dollar amount of damages in his Complaint. Rather, Plaintiffs' Complaint contained two Counts, each seeking damages "in excess of FIFTY THOUSAND DOLLARS ($50,000.00)." In this regard, Plaintiff alleges that as a result of the subject incident, he "sustained severe and permanent injuries and was and will be hindered and prevented from attending to their usual duties and affairs of life, and has lost, and will lose, the value of that time as aforesaid." (Ex. A). Further, Plaintiff alleges that he has "suffered great

pain and anguish, both in mind and body, and will, in the future, continue to suffer." (Ex. A). Moreover, Plaintiff alleges that he has "expended and become liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries." (Ex. A). Defendant makes a reasonable conclusion based on the allegations of the complaint that Plaintiff's injuries are permanent, that the amount in controversy exceeds $75,000, exclusive of interest and costs.

17.  Therefore, this matter is removable under 28 U.S.C. § 1332 because diversity of citizenship exists between all parties and the amount in controversy exceeds $75,000.

WHEREFORE, Defendant, M H MALUEG TRUCKING CO LLC, file its Notice of Removal, removing the State Court action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

**Defendant Demands Trial by Jury.**

Respectfully submitted,
M H MALUEG TRUCKING CO LLC,
Defendant.

By: ___s/ *Bradley A. Bertkau*___
One of Their Attorneys

Bradley A. Bertkau
Steven M. Canty
ORLEANS CANTY NOVY, LLC
65 E. Wacker Place, Suite 1220
Chicago, IL 60601
847/625-8200
847/625-8262 – Fax