| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **Summons - Alias Summons** | | (03/15/21) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

**Shawn Harvey**

_____
Plaintiff(s)

v.

**Dazhong Zhuang and M H SIA ... ED TRUCKING CO LLC**

Case No. 2021L008018

Defendant(s)

Please see service list

_____
Address of Defendant(s)

Please serve as follows (check one):  ☐ Certified Mail  • Sheriff Service  ☐ Alias

## SUMMONS

To each Defendant: See service list

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file an appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE IS A FEE TO FILE YOUR APPEARANCE.

**FILING AN APPEARANCE:** Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE**, unless you are unable to eFile your appearance/ **answer**. You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org


EXHIBIT A

Summons - Alias Summons (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit https://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or to the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

● Atty. No.: 58144
○ Pro Se 99500
Name: Abraham T. Matthew
Atty. for (if applicable): Plaintiff
Address: 1200 W. 35th Street
City: Chicago
State: IL  Zip: 60609
Telephone: 312-709-1899
Primary Email: attorneys@mdlawchicago.com

Witness date: 8/10/2021 3:10 PM IRIS Y. MARTINEZ

Iris Y. Martinez, Clerk of Court

Service by Certified Mail:

Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivilCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CtyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSuptCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbateCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

## SERVICE LIST

Dazhong Zhuang
3091 Edwin Avenue Apt. 3C, Fort Lee, NJ, 07024-3653

Malueg Trucking Co. LLC
N4399 Country Rd G, Leopolis, WI 54948

FILED
8/9/2021 4:54 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L008018

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Shawn Harvey,

Plaintiff(s),

                Case No.

vs.

Dazhong Zhuang and M H MALUEG
TRUCKING CO LLC,

Defendant(s).

## COMPLAINT AT LAW

NOW COMES the Plaintiff, Shawn Harvey, by and through counsel, Matthew and Drnovsek Law LLC, and complaining of the Defendants, Dazhong Zhuang and M H MALUEG TRUCKING CO LLC, alleges as follows:

Count I- Negligence - Dazhong Zhuang

1. That on August 10, 2019, Plaintiff, Shawn Harvey, was a passenger in a motor vehicle, one 2006 Ford Taurus, traveling northbound on I-94, at or near its intersection with Stony Island, in the City of Chicago, County of Cook, State of Illinois, at approximately 9:20 p.m.

2. That on the aforesaid date, the Defendant, Dazhong Zhuang, was operating a motor vehicle, one 2011 Volvo Truck, traveling northbound on I-94, at or near its intersection with Stony Island, in the City of Chicago, County of Cook, State of Illinois, at approximately 9:20 p.m.

3. That at said time and place, a collision occurred between the vehicle the Defendant was operating and the vehicle Plaintiff was a passenger in.

4. That at all times material hereto, it was the duty of the Defendant, in the operation

of their motor vehicle, to exercise reasonable care and caution for the safety of the Plaintiff and their motor vehicle.

5. That the Defendant, in breach of their duty aforesaid, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

(a) Drove said vehicle at a speed which was greater than reasonable and proper.

(b) Drove said vehicle without brakes adequate to control its movement, and to stop and hold it.

(c) Failed to sound the horn on said vehicle so as to give warning of its approach.

(d) Failed to stop said vehicle in time to avoid said collision, although Defendants saw, or should have seen, that it was impending and had ample time and opportunity to avoid it.

(e) Failed to maintain a proper lookout for other vehicles.

(f) Failed to keep the vehicle under control.

(g) Failed to properly maintain their vehicle, including, but not limited to the tires and brakes of their vehicle.

(h) Failed to exercise the duty of care owed to Plaintiff and the public in the operation of the vehicle.

6. That the aforesaid careless and negligent acts and/or omissions of the Defendant were a proximate cause of said collision and Plaintiff's personal injuries as hereinafter mentioned.

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, the Plaintiff then and there sustained severe and permanent injuries and was and will be hindered and prevented from attending to their usual duties and affairs of life, and has lost, and will lose, the value of that time as aforementioned. Further, Plaintiff suffered great pain and anguish, both in mind and body, and will, in the future,

continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, Shawn Harvey, demands judgment against the Defendant, Dazhong Zhuang, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and the costs of suit.

## Count II- Respondeat Superior - M H MALUEG TRUCKING CO LLC

8. Plaintiff restates the allegations set forth in Paragraphs 1-8 as if set forth fully herein.

9. That at the time of the collision, the Defendant, Dazhong Zhuang, was operating a motor vehicle owned by Defendant M H MALUEG TRUCKING CO LLC.

10. That at the time of the collision, the Defendant, Dazhong Zhuang, was operating a motor vehicle within the scope of his employment, under the control of, and in the capacity of agent of M H MALUEG TRUCKING CO LLC.

WHEREFORE, Plaintiff, Shawn Harvey, demands judgment against the Defendant, M H MALUEG TRUCKING CO LLC, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and the costs of suit.

By: /s/ Abraham T. Matthew, Esq.
One of the Attorneys for Plaintiff

Abraham T. Matthew
MATTHEW & DRNOVSEK LAW
1200 West 35th Street, Suite 5230
Chicago, IL 60609
(312) 709-1899
pi@mdlawchicago.com
Atty. No. 58144

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Shawn Harvey,

Plaintiff(s),

vs.

Case No.

Dazhong Zhuang and M H MALUEG
TRUCKING CO LLC,
Defendant(s).

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222(b), counsel for the above-named Plaintiff certifies that Plaintiff seek money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000).

By: s/ Abraham T. Matthew, Esq.
One of the Attorneys for Plaintiff

Abraham T. Matthew
MATTHEW & DRNOVSEK LAW
1200 West 35th Street, Suite 5230
Chicago, IL 60609
(312) 709-1899
pi@mdlawchicago.com
Atty. No. 58144

Served 1ST day of SEPTEMBER yr. 2021
Where N4299 CTY G, LEOPOLIS, WI 54948
Shawano County
Township GRANT
on Whom: MILTON MALUEG
M.I. H DOB 7/27/48 Time 12:23 A/P
#534
by [signature] Deputy Sheriff Shawano County